UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

-------------------------------------------------------------X
H.B., an infant by his father and natural guardian,  :
TAHSEENULLAH BARAKATI, and                            :
TAHSEENULLAH BARAKATI, individually,                 :
                                                     :
                              Plaintiff,             :          20-CV-9106 (VEC)
                                                     :
             -against-                               :          ORDER
                                                     :
CHINA SOUTHERN AIRLINES COMPANY                      :
LIMITED,                                             :
                                                     :
                              Defendant.             :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial pretrial conference in this matter is currently scheduled for Friday,

December 11, 2020, at 10:00 a.m.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that the conference is rescheduled for **December 11, 2020,**

**at 11:30 a.m.**  The parties may dial-in using (888) 363-4749; Access Code: 3121171; Security

Code: 9106.


**SO ORDERED.**

Date:  **December 8, 2020**                          _____
       **New York, New York**                         **VALERIE CAPRONI**
                                                      **United States District Judge**