```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
H.B., an infant by his father and natural guardian,   :
TAHSEENULLAH BARAKATI, and                             :
TAHSEENULLAH BARAKATI, individually,                   :
                                                       :
                                    Plaintiff,         :      20-CV-9106 (VEC)
                                                       :
                   -against-                           :      ORDER
                                                       :
CHINA SOUTHERN AIRLINES COMPANY                        :
LIMITED,                                               :
                                                       :
                                    Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 11, 2020, the parties appeared for an initial pretrial conference;

IT IS HEREBY ORDERED that Defendant's motion to dismiss the Complaint is due not later than **January 15, 2021**. Plaintiff must respond not later than **February 12, 2021**. Defendant may file a reply in further support of its motion not later than **February 26, 2021**.

IT IS FURTHER ORDERED that the parties must submit monthly updates on the status of discovery on the 15th day of each month, or the next business day thereafter, with the first such report due **February 15, 2021**. The Court has entered a Case Management Plan by separate order.

**SO ORDERED.**

Date:  December 11, 2020                              _____
       New York, New York                                      **VALERIE CAPRONI**
                                                              **United States District Judge**