**MEMO ENDORSED**



# RAPHAELSON LEVINE
## LAW FIRM P.C.

14 Penn Plaza • Suite 1718 • New York, NY 10122 • 212.268.3222 • 800.529.7967
Fax: 212.268.3313 • 212.695.9050 • www.rllawyers.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2021

May 26, 2021

Hon. Valerie E. Caproni
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Tahseenullah Barakati et al v. China Southern Airlines Company Limited
Case No. 1:20-cv-9106-VEC

Dear Judge Caproni:

We represent plaintiffs, H. B. an infant by his father and natural guardian, Tahseenullah Barakati and Tahseenulla Barakati, Individually, in the above-referenced action.
November 30, 2020

Plaintiffs are not objecting to Defendants request to stay discovery pending a decision by this court on the motion to dismiss

We thank the Court for its consideration of this request.

Respectfully yours,

Andrew J. Levine (AL0237)

AJL/mr
cc: Andrew J. Harakas, Esq. (via ECF)

---

Defendant's request is GRANTED. After Defendant has taken Plaintiff's deposition, discovery will be stayed, pending the Court's decision on Defendant's motion to dismiss.

SO ORDERED.

*Valerie Caproni*    5/27/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

PARTNERS  Howard A. Raphaelson • Andrew J. Levine
ATTORNEYS AT LAW  Dario A. Martinez • Steven Gershowitz • Jared C. Glugeth • Steven C. November
Jason S. Krakower • Narciso Garcia • Benjamin Katz • Joseph M. Taylor • Mila N. Andreou