**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
H.B., an infant by his father and natural guardian,
TAHSEENULLAH BARAKATI, and
TAHSEENULLAH BARAKATI, individually,

                       Plaintiffs,

    -against-                                20 **CIVIL** 9106 (VEC)

## JUDGMENT

CHINA SOUTHERN AIRLINES COMPANY
LIMITED,

                       Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 23, 2021, Defendant's motion to dismiss for lack of personal jurisdiction is GRANTED. Because the Court finds that the exercise of personal jurisdiction over Defendant does not comply with New York's long-arm statute, it does not consider Defendant's alternative forum non conveniens-based motion or Defendant's motion under Rule 12(b)(6); accordingly, this case is closed.

**Dated:** New York, New York

     June 24, 2021

                                                            **RUBY J. KRAJICK**
                                                            **Clerk of Court**
                          **BY:**     *K. Mango*
                                                            **Deputy Clerk**